450

## C. H. Ramsey, Appellant, v. Stanley A. Bowlby, Appellee.

### Gen. No. 10,005.

Heard in this court at the February term, 1945; opinion filed May 28, 1945; rehearing denied July 19, 1945; released for publication July 19, 1945. John H. Beckers and Amos H. Robillard, for appellant; Gower, Gray & Gower, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full.

## Edward J. Dregoi, Appellant, v. John Hancock Mutual Life Insurance Company, Appellee.

### Gen. No. 42,934.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Eckert & Peterson, for appellee; Walter H. Eckert, Tom Leeming and Owen Rall, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.